UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT BELL, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:03CV810 JCH |
| ) | |
| LORENZO CHANCELOR, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court upon its review of the record. On May 23, 2005, Plaintiff filed a Motion to Stay Ruling of Defendant's Motion for Summary Judgment and to Compel Documentation. (Doc. No. 38). Upon consideration, the Court will order Defendant to respond to Plaintiff's motion no later than **Monday, June 6, 2005**.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant must file a response to Plaintiff's Motion to Stay Ruling of Defendant's Motion for Summary Judgment and to Compel Documentation (Doc. No. 38) no later than **Monday, June 6, 2005**.

Dated this 25th day of May, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com