UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT BELL | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 4:03CV00810JCH |
| | ) | |
| LORENZO CHANCELOR, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**IT IS HEREBY ORDERED that** a Writ of Habeas Corpus Ad Testificandum be issued to bring Edward Claypool, #161851, Donnell Sims, #176410, Emanuel Loggins, #45817 and Edward Jennings, #342591 to Courtroom 16 North on Monday, May 1, 2006 at 8:30a.m.

Dated this 25th day of April, 2006

_____
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE