# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

ROBERT BELL

   Plaintiff(s),

     V.      CASE NUMBER:  4:03CV810JCH

LORENZO CHANCELLOR.

   Defendant(s).

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**Verdict:**

**On Plaintiff Robert Bell's claim against Defendant Lorenzo Chancellor, the jury finds in favor of Defendant Lorenzo Chancellor.**

                James G. Woodward
                  CLERK

May 2, 2006
DATE

           By:  /s/ *Genia Freeman*
              Genia Freeman
              DEPUTY CLERK